*CK# 121*
*rpt# 128102*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: BAKER, COLLEEN G  Case No. 09-30095
BAKER, BOBBY O

Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Premium Asset Recovery Group, | P. O. Box 1810, Warren, MI 48090 | 3.14 |
| Premium Asset Recovery Group, | same | 1.25 |
| Premium Asset Recovery Group, | same | 1.98 |
| Premium Asset Recovery Group, | same | 0.23 |
| Premium Asset Recovery Group, | same | 1.91 |
| Premium Asset Recovery Group, | same | 1.70 |
| Premium Asset Recovery Group, | same | 3.21 |
| Premium Asset Recovery Group, | same | 3.42 |
| Premium Asset Recovery Group, | same | 2.35 |
| Premium Asset Recovery Group, | same | 0.84 |
| Dr. Ruth Erulkar, | 801 Parks Ave., Fostoria, OH 44830 | 4.95 |
| Kelly Randall, MD, Inc., | 605 Third Ave., Ste. F, Fremont, OH 43420 | 2.39 |
| Dr. Jatinder Rana, | 455 W. Market St., Ste. C, Tiffin, OH 44883 | 4.75 |

Check for $32.12 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

*FILED 2009 NOV 23 PM 4:22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*

Dated:

Cc:
Office of the U.S. Trustee